**ORIGINAL** **SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 APR -5 PM 1: 35

DEPUTY CLERK_____ *mb*

UNITED STATES OF AMERICA

v.

MARTIN TALAVERA-SANCHEZ
a.k.a. "PACO" (01)
STEPHEN ALLEN SCRIBNER (02)
LEVI CHAMBERLYN HARDCASTLE (03)
ALEXIS NICOLE PACHECO (04)
RUBY PAULINE ANDERTON (05)
SANDRA MARIE HERNANDEZ-PACHECO (06)
ROBERT JAMES MCKNIGHT (07)
DAVID MICHAEL FORD, JR. (08)
MAYO MENA (09)

TO BE FILED UNDER SEAL

Criminal No.

**3-22CR0136-B**

## SEALED INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Schedule II Controlled Substance
(Violation 21 U.S.C. § 846)

Beginning on or about December 29, 2021, and continuing through on or about February

15, 2022, in the Dallas Division of the Northern District of Texas, and elsewhere, **MARTIN**

**TALAVERA-SANCHEZ a.k.a. PACO, STEPHEN ALLEN SCRIBNER, LEVI**

**CHAMBERLYN HARDCASTLE**, and **ALEXIS NICOLE PACHECO**, defendants herein,

and others both known and unknown, did knowingly, intentionally and unlawfully combine,

conspire, confederate, and agree together, with each other and with other persons both known

and unknown, to commit certain offenses against the United States, to-wit: to possess with the

intent to distribute and to distribute 500 grams or more of a mixture or substance containing a

detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II

Indictment - Page 1

controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of 21 U.S.C. § 846.

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)

On or about March 7, 2022, in the Dallas Division of the Northern District of

Texas, the defendants, **ALEXIS NICOLE PACHECO, RUBY PAULINE**

**ANDERTON**, and **SANDRA MARIE HERNANDEZ-PACHECO**, did intentionally

and knowingly possess with intent to distribute a quantity of a mixture or substance

containing a detectable amount of methamphetamine, its salts, isomers, or salts of its

isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and

841(b)(1)(C).

**Indictment - Page 3**

<u>Count Three</u>
Possession of a Schedule I Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C))

On or about March 7, 2022, in the Dallas Division of the Northern District of Texas,

**RUBY PAULINE ANDERTON** and **MAYO MENA**, the defendants herein, knowingly

possessed with intent to distribute a quantity of a mixture or substance containing a detectable

amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**Indictment – Page 4**

<u>Count Four</u>
Possession of a Schedule II Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C))

On or about February 15, 2022, in the Dallas Division of the Northern District of

Texas, the defendants, **ROBERT JAMES MCKNIGHT** and **DAVID MICHAEL**

**FORD, JR.**, did intentionally and knowingly possess with intent to distribute a quantity

of a mixture or substance containing a detectable amount of methamphetamine, its salts,

isomers, or salts of its isomers, a Schedule II controlled substance, in violation of 21

U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

<u>Count Five</u>
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
(Violation of 18 U.S.C. § 924(c)(1)(A)(ii))

On or about March 7, 2022, in the Dallas Division of the Northern District of

Texas, defendant, **RUBY PAULINE ANDERTON**, knowingly possessed a firearm, to

wit: a 45 caliber handgun, serial number S3114760 with a magazine including four

bullets and a Ruger LCP II .380 caliber handgun, serial number 380540729 with four

bullets and a PAC-9 9mm caliber handgun, Serial Number RON2170942 with 28 bullets,

in furtherance of a drug trafficking crime as charged in Counts Two and Three of this

indictment in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

All in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE NOTICE
21 U.S.C. § 853(a) and 21 U.S.C. § 881(a)

Upon conviction for any of the offenses alleged in Count One, Two, Three, and Four of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **MARTIN TALAVERA-SANCHEZ a.k.a. PACO, STEPHEN ALLEN SCRIBNER, LEVI CHAMBERLYN HARDCASTLE, ALEXIS NICOLE PACHECO, RUBY PAULINE ANDERTON, SANDRA MARIE HERNANDEZ-PACHECO, MAYO MENA, ROBERT JAMES MCKNIGHT,** and **DAVID MICHAEL FORD, JR.** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense.

Upon conviction for any of the offenses alleged in Count One of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **STEPHEN ALLEN SCRIBNER** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense including but not limited to:

    a. One (1) TAURUS MAGNUM .357 caliber handgun serial number BY93844

    b. All assorted ammunition

Upon conviction for any of the offenses alleged in Two, Three and Five of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **RUBY PAULINE ANDERTON** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense including but not limited to:

    a.  One 45 caliber handgun, serial number S3114760;

    b.  One Ruger LCP II .380 caliber handgun, serial number 380540729;

    c.  PAC-9 9mm caliber handgun, Serial Number RON2170942; and

    d.  All assorted magazines and ammunition

A TRUE BILL

FOREPERSON

CHAD MEACHAM
UNITED STATES ATTORNEY

GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: george.leal@usdoj.gov

**Indictment - Page 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MARTIN TALAVERA-SANCHEZ
a.k.a. "PACO" (1)
STEPHEN ALLEN SCRIBNER (2)
LEVI CHAMBERLYN HARDCASTLE (3)
ALEXIS NICOLE PACHECO (4)
RUBY PAULINE ANDERTON (5)
SANDRA MARIE HERNANDEZ-PACHECO (6)
ROBERT JAMES MCKNIGHT (7)
DAVID MICHAEL FORD, JR. (8)
MAYO MENA (9)

SEALED INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute
a Schedule II Controlled Substance
(Count 1)

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Counts 2, 3 and 4)

18 U.S.C. § 924(c)(1)(A)(ii)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Count 5)

21 U.S.C. § 853(a) and 21 U.S.C. § 881(a)
Forfeiture Notice

5 Counts

A true bill rendered
_____

DALLAS                                    _____FOREPERSON

Filed in open court this $5$ day of April, 2022.

-----------------------------------------------------------------------------------

**Warrant to be Issued for all nine (9) defendants listed above**

-----------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending