# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **Marie Gonzales**
LAW CLERK _____
INTERPRETER_____
A.M. _____     P.M. _2:00_

COURT REPORTER/TAPE **FTR/1306**
USPO **Poton**
COURT TIME: _1 min_
DATE: _May 13, 2022_

---

CR. No. _3:22-cr-136-B_  DEFT No. (03)

UNITED STATES OF AMERICA §
§
v. §
§
LEVI CHAMBERLYN HARDCASTLE
Defendant's Name

_MARY WALTERS_, AUSA

_WESLEY SPENCER (A)_ ☐
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

☒ ...... Defendant SWORN.
☒ **arr.** Arraignment  ☐ **rearr.** Rearrangement - Held on count(s) ____
of the _5_ count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☒ **pl.** Deft enters a plea of  ☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)
☐ ...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ...... Waiver of Jury Trial
☐ **wvindi.** Waiver of Indictment, filed.
☐ ...... Plea Agreement accepted.   ☐ Court defers acceptance of Plea Agreement.
☐ **plag.** Plea Agreement filed (see agreement for details).   ☐ ...... No Plea Agreement.
☐ ...... Plea Agreement included with Factual Resume.
☐ **facres.** Factual Resume filed.
☐ **sen.** Sentencing set _____ at _____ a.m./p.m.
☒ **jytrl.** Trial set for ____**TBA**____ at _____ a.m./p.m.
       Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
☐ ...... Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
☐ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ **owarr.** Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ forfeited
☒ ...... Deft Custody/Detention continued.
☐ **loc.(LC)** Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 13 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy