UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MARTIN TALAVERA-SANCHEZ (01),<br>STEPHEN ALLEN SCRIBNER (02),<br>LEVI CHAMBERLYN HARDCASTLE (03),<br>ALEXIS NICOLE PACHECO (04),<br>SANDRA MARIE HERNANDEZ-PACHECO (06),<br>ROBERT JAMES MCKNIGHT (07),<br>DAVID MICHAEL FORD, JR (08),<br>MAYO MENA (09),<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:22-CR-136-B |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Defendant ALEXIS NICOLE PACHECO, through counsel, has filed an Agreed Motion for Continuance. Doc. 92. Said motion, in accordance with the findings set forth below, on this June 17, 2022, is GRANTED.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and the defendant in a speedy trial. In this regard, the Court has considered factors which indicate that its failure to grant this motion would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Further, the Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6).

Accordingly, it is ORDERED that the captioned case is set for trial on October 11, 2022 at 9:00 a.m.  Pretrial motions, if any, are due August 22, 2022, and the responses thereto due within 14 days from the date the motion is filed.  Pretrial materials are due September 26, 2022.  The pretrial conference will be set for October 7, 2022 at 10:00 a.m.

**SO ORDERED**.

**SIGNED:** June 17, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE